**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1792**

MR. JOHN MALCOLM DICKSON, JR.,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
JUSTICE, Attorney General of the United States of America;
UNITED STATES ATTORNEY GENERAL, For the Eastern District of
Virginia,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Arenda L. Wright Allen,
District Judge. (2:13-cv-00253-AWA-DEM)

Submitted: February 19, 2015          Decided: April 2, 2015

Before THACKER and HARRIS, Circuit Judges, and William L.
OSTEEN, Jr., Chief United States District Judge for the Middle
District of North Carolina, sitting by designation.

Affirmed by unpublished per curiam opinion.

John M. Dickson, Jr., Appellant Pro Se.  George Maralan Kelley,
III, Assistant United States Attorney, Norfolk, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Malcolm Dickson, Jr., appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dickson v. United States, No. 2:13-cv-00253-AWA-DEM (E.D. Va. June 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED